BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE:
ANDROGEL PRODUCT                              MDL DOCKET NO. _____
LIABILITY LITIGATION

## AMENDED PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this

Certificate of Service was served by First-Class Mail on April 1, 2014 to the following:

Clerk, United States District Court for the District of Colorado, Denver Division
Byron G. Rogers Courthouse
1929 Stout Street
Denver, CO 80294

Clerk, United States District Court for the Northern District of Illinois, Eastern Division
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk, United States District Court for the Eastern District of Pennsylvania, Philadelphia Division
2609 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

| AbbVie Inc.<br>c/o CT Corporation<br>208 South LaSalle Street, Suite 814<br>Chicago, Illinois 60604 | **Unrepresented Party:**<br>*AURECCHIA v. ABBVIE INC., et al.*, N.D. Ill., No. 1:14-cv-772; *BAILEY v. ABBVIE INC., et al.*, N.D. Ill., No. 1:14-cv-1663; *DARBY v. ABBVIE INC., et al.*, N.D. Ill, No. 1:14-cv-2227; *DeLEON v. ABBVIE INC., et al.*, N.D. Ill., No. 1:14-cv-1673; *DULA v. ABBVIE INC., et al.*, N.D. Ill, No. 1:14-cv-1726; *EMMONS v. ABBVIE INC., et al.*, N.D. Ill., No. 1:14-cv2221; *GEORGE v. ABBVIE INC., et al.*, N.D. Ill., No. 1:14-cv-2085; *GORDON v. ABBVIE INC., et al.*, N.D. Ill., No. 1:14-cv-1665; *LUECK v. ABBVIE INC., et al.*, N.D. Ill. No. 1:14-cv-2140; *MONTGOMERY v. ABBVIE INC., et al.*, N.D. Ill. No. 1:14-cv-1668; *ORTIZ v. ABBVIE INC., et al.*, N.D. Ill. |

| | |
|---|---|
| | No. 1:14-cv-1670; *SCHENKEIN v. ABBVIE INC., et al.*, D. Colo., No. 1:14-cv-910; *TEJEDA v. ABBVIE INC., et. al.,* E.D. Penn., No. 2:14-cv-946-NIQA; *WHITE v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-1667 |
| Abbott Laboratories, Inc.<br>c/o CT Corporation<br>208 South LaSalle Street, Suite 814<br>Chicago, Illinois 60604 | **Unrepresented Party:**<br>*AURECCHIA v. ABBVIE INC., et al.*, N.D. Ill., No. 1:14-cv-772; *BAILEY v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1663; *DARBY v. ABBVIE INC., et al.*, N.D. Ill, No. 1:14-cv-2227; *DeLEON v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1673; *DULA v. ABBVIE INC., et al.,* N.D. Ill, No. 1:14-cv-1726; *EMMONS v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv2221; *GEORGE v. ABBVIE INC., et al.*, N.D. Ill., No. 1:14-cv-2085; *GORDON v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1665; *LUECK v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-2140; *MONTGOMERY v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-1668; *ORTIZ v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-1670; *SCHENKEIN v. ABBVIE INC., et al.*, D. Colo., No. 1:14-cv-910; *TEJEDA v. ABBVIE INC., et. al.,* E.D. Penn., No. 2:14-cv-946-NIQA; *WHITE v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-1667 |
| Endo Pharmaceuticals<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Unrepresented Party:**<br>*CATAUDELLA v. ABBVIE INC., et al.*, N.D. Ill. 1:14-cv-1483 |
| Lilly USA, Inc.<br>c/o National Registered Agents, Inc.<br>200 West Adams Street<br>Chicago, IL 60606 | **Unrepresented Party:**<br>*LAU v. ABBVIE INC., et al.,* N.D. Ill 1:14-cv-1298 |

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was served by email on April 1, 2014 to the following:

| Attorneys / Unrepresented Parties | Case / Parties Represented |
|---|---|
| Trent B. Miracle<br>Brendan A. Smith<br>SIMMONS BROWDER GIANARIS | **Counsel for Plaintiffs:**<br>*AURECCHIA v. ABBVIE INC., et al.*, N.D. Ill., No. 1:14-cv-772; *BAILEY v. ABBVIE INC., et* |

| | |
|---|---|
| ANGELIDES & BARNERD, LLC<br>One Court Street<br>Alton, Illinois 62002<br>tmiracle@simmonscooper.com<br>bsmith@simmonsfirm.com | *al.,* N.D. Ill., No. 1:14-cv-1663; *BARTHOLIC v. ABBVIE INC., et al.,* N.D. Ill. 1:14-cv-1427; *DeLEON v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1673; *DULA v. ABBVIE INC., et al.,* N.D. Ill, No. 1:14-cv-1726; *GEORGE v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-2085; *GORDON v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1665; *JOHNSON v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-877; *KELLY v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-879; *LAU v. ABBVIE INC., et al.,* N.D. Ill. 1:14-cv-1298; *LUECK v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-2140; *MARINO v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-777; *MYERS v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-780; *MONTGOMERY v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-1668; *O'DONNELL v. ABBVIE INC., et al.,* N.D. Ill No. 1:14-cv-1428; *ORTIZ v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-1670; *WHITE v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-1667 |
| Benedict P. Morelli<br>David Stuart Ratner<br>MORELLI ALTERS RATNER LLP<br>950 Third Avenue<br>11th Floor<br>New York, NY 10022<br>bmorelli@morellialters.com<br>dratner@morellialters.com | **Co-Counsel for Plaintiffs:**<br>*AURECCHIA v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-772; *MARINO v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-777; |
| David T. Sirotkin<br>MORELLI ALTERS RATNER LLP<br>950 Third Ave.<br>11th Floor<br>New York, NY 10022<br>dsirotkin@morellialters.com | **Co-Counsel for Plaintiffs:**<br>*AURECCHIA v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-772; *MYERS v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-780; *MARINO v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-777; |
| James F. Hurst<br>Bryna Joyce Roth Dahlin<br>Joseph Laurence Motto<br>Scott M. Ahmad<br>Scott P. Glauberman<br>Thomas James Frederick<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>jhurst@winston.com | **Counsel for Defendants AbbVie Inc. and Abbott Laboratories, Inc.:**<br>*BARTHOLIC v. ABBVIE INC., et al.,* N.D. Ill. 1:14-cv-1427; *BLADES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1471; *CARPENTER, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1472; *CATAUDELLA v. ABBVIE INC., et al.,* N.D. Ill. 1:14-cv-1483; *CRIPE v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-843; *DOBBS v. ABBVIE INC., et. al.,* |

| | |
|---|---|
| bdahlin@winston.com<br>jmotto@winston.com<br>sahamad@winston.com<br>sglauber@winston.com<br>tfrederick@winston.com | N.D. Ill., No. 1:14-cv-1474; *GIBBY, et. al. v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-917; *GORDON, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1478; *HARDEE, et al., v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-918; *HEADLEY v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-1475; *HUGHES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1476; *HUMPHRIES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1473; *JACKSON, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1477; *JOHNSON v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-877; *JONES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1479; *KELLY v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-879; *KING, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1480; *LaROCHE v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1826; *LAU v. ABBVIE INC., et al.,* N.D. Ill. 1:14-cv-1298; *LEWIS, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1481; *MARINO v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-777; *MYERS v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-780; *O'DONNELL v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-1428; *SAYLOR, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1482; |
| John Sawin<br>SAWIN LAW FIRM, LTD<br>55 W Wacker Dr., Flr 9<br>Chicago, Illinois 60601-1794<br>jsawin@sawinlawyers.com | **Co-Counsel for Plaintiffs:**<br>*BLADES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1471; *CARPENTER, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1472; *CATAUDELLA v. ABBVIE INC., et al.,* N.D. Ill. 1:14-cv-1483; *CRIPE v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-843; *DOBBS v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-1474; *GIBBY, et. al. v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-917; *GORDON, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1478; *HARDEE, et al., v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-918; *HEADLEY v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-1475; *HUGHES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1476; *HUMPHRIES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1473; *JACKSON, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv- |

| | |
|---|---|
| | 1477; *JONES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1479; *KING, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1480; *LEWIS, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1481; *SAYLOR, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1482 |
| Scott Anthony Morgan<br>SCOTT A. MORGAN & ASSOC. LTD<br>217 N. Jefferson<br>Suite 602<br>Chicago, Illinois 60661<br>smorgan@smorgan-law.com | **Co-Counsel for Plaintiffs:**<br>*BLADES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1471; *CARPENTER, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1472; *CATAUDELLA v. ABBVIE INC., et al.,* N.D. Ill. 1:14-cv-1483; *CRIPE v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-843; *DOBBS v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-1474; *GIBBY, et. al. v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-917; *GORDON, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1478; *HARDEE, et al., v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-918; *HEADLEY v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-1475; *HUGHES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1476; *HUMPHRIES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1473; *JACKSON, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1477; *JONES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1479; *KING, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1480; *LEWIS, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1481; *SAYLOR, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1482 |
| James Griffin O'Brien<br>ZOLL, KRANZ & BORGESS, LLC<br>6620 West Central Ave., Suite 100<br>Toledo, OH 43617<br>jim@toledolaw.com | **Counsel for Plaintiffs:**<br>*DARBY v. ABBVIE INC., et al.,* N.D. Ill, No. 1:14-cv-2227 |
| Myron M. Cherry<br>MYRON M. CHERRY & ASSOCIATES<br>30 North LaSalle Street<br>Suite 2300<br>Chicago, IL 60602<br>mcherry@cherry-law.com | **Counsel for Plaintiff:**<br>*EMMONS v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv2221 |
| Corey G. Raines<br>WEXLER WALLACE LLP | **Counsel for Plaintiff:**<br>*LaROCHE v. ABBVIE INC., et al.,* N.D. Ill., |

| | |
|---|---|
| 55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>cgr@wexlerwallace.com | No. 1:14-cv-1826 |
| David Edward Stanley<br>Timothy Robert Carraher<br>REED SMITH LLP<br>355 S. Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>dstanley@reedsmith.com<br>tcarraher@reedsmith.com | **Counsel for Defendant Eli Lilly and Company:**<br>*LAU v. ABBVIE INC., et al.,* N.D. Ill. 1:14-cv-1298 |
| Peter J. Flowers<br>MEYERS & FLOWER, LLC<br>3 North Second Street, Suite 300<br>St. Charles, IL 60174<br>pjf@meyers-flowers.com | **Co-Counsel for Plaintiff:**<br>*MARINO v. ABBVIE INC., et al.,* N.D. Ill. No. 1:14-cv-777 |
| Seth A. Katz<br>BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.<br>40 Inverness Drive East<br>Englewood, CO 80112<br>skatz@burgsimpson.com | **Counsel for Plaintiff:**<br>*SCHENKEIN v. ABBVIE INC., et al.*, D. Colo., No. 1:14-cv-910 |
| Dianne M. Nast<br>NASTLAW, LLC<br>1101 Market St., Suite 2801<br>Philadelphia, Pennsylvania 19107<br>dnast@nastlaw.com | **Counsel for Plaintiffs:**<br>*TEJEDA v. ABBVIE INC., et. al.,* E.D. Penn., No. 2:14-cv-946-NIQA |

                                 */s/ Ronald E. Johnson, Jr.*
                                 Ronald E. Johnson, Jr.