BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:
ANDROGEL PRODUCT
LIABILITY LITIGATION

MDL DOCKET NO. 2545

### ERRATA NOTICE OF FILING CORRECTED DOCUMENTS

Movants[1] hereby give notice of filing an amended motion for transfer and schedule of actions as requested by the Clerk for the United States Judicial Panel on Multidistrict Litigation. The changes to each document are as follows:

1.  In footnote 1 on page 1 of the *Movants' Motion for Transfer, Coordination, and/or Consolidation Pursuant to 28 U.S.C. §1407* (D.N. 1), the *Calvin Lewis* action was incorrectly cited as civil action number 1:15-cv-1480. This citation has been changed to 1:14-cv-1481.

2.  On the *Schedule of Actions* (D.N. 1-2), the *Schenkein* action was incorrectly cited as civil action number 1:14-cv-009100. This citation has been changed to 1:14-cv-00910.

Dated: April 3, 2014

---

[1] Movants are the Plaintiffs in the following cases: *William Blades, et al. v. AbbVie Inc., et al.*, 1:14-cv-1471 (N.D. Ill.); *Gary Carpenter, et al. v. AbbVie Inc., et al.*, 1:14-cv-1472 (N.D. Ill.); *Robert Cripe v. AbbVie Inc., et al.*, 1:14-cv-843 (N.D. Ill.); *Thomas Dobbs v. AbbVie Inc., et al.*, 1:14-cv-1474 (N.D. Ill.); *Roger Gibby, et al. v. AbbVie Inc., et al.*, 1:14-cv-917; *Michael Gordon, et al. v. AbbVie Inc., et al.*, 1:14-cv-1478 (N.D. Ill.); *Joseph Hardee, et al. v. AbbVie Inc., et al.*, 1:14-cv-918 (N.D. Ill.); *Thomas Headley v. AbbVie Inc., et al.*, 1:14-cv-1475 (N.D. Ill.); *Christopher Hughes, et al. v. AbbVie Inc., et al.*, 1:14-cv-1476 (N.D. Ill.); *Buddy Humphries, et al. v. AbbVie Inc., et al.*, 1:14-cv-1473 (N.D. Ill.); *William Jackson, et al. v. AbbVie Inc., et al.*, 1:14-cv-1477 (N.D. Ill.); *Joseph Jones, et al. v. AbbVie Inc., et al.*, 1:14-cv-1479 (N.D. Ill.); *Mark King, et al. v. AbbVie Inc., et al.*, 1:14-cv-1480 (N.D. Ill.); *Calvin Lewis, et al. v. AbbVie, Inc., et al.*, 1:15-cv-1481 (N.D. Ill.); *Robert Saylor, et al., v. AbbVie Inc., et al.*, 1:14-cv-1482 (N.D. Ill).

Respectfully Submitted,

*/s/ Ronald E. Johnson, Jr.*
**SCHACHTER, HENDY & JOHNSON, PSC**
Ronald E. Johnson, Jr.
Sarah N. Lynch
909 Wright's Summit Parkway #210
Ft. Wright, Kentucky 41011
Telephone: (859) 578-4444
rjohnson@pschachter.com
slynch@pschachter.com

**THE LYON FIRM**
Joseph M. Lyon
22 West 9th
Cincinnati, Ohio 45202
Telephone: (513) 381-2333
jlyon@theylyonfirm.com

*Schachter Hendy & Johnson, P.S.C. is Counsel for Movants William Blades, Catherine Blades, Gary Carpenter, Nancy Carpenter, Buddy Humphries*

*Schachter Hendy & Johnson P.S.C. and the Lyon Firm are Jointly Counsel for Movants Roger Cripe, Thomas Dobbs, Robert Gibby, Angela Gibby, Michael Gordon, Laurie Gordon, Joseph Hardee, Rebecca Hardee, Thomas Headley, Christopher Hughes, Judy Hughes, William Jackson, Cathy Jackson, Joseph Jones, Donna Jones, Mark King, Shannon King, Calvin Lewis, Patricia Lewis, Robert Saylor, and Cecile Saylor*