**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ANDROGEL PRODUCT<br>LIABILITY LITIGATION | §<br>§  MDL DOCKET NO. 2545<br>§<br>§<br>§ |

**MOTION FOR TRANSFER AND COORDINATION
OR CONSOLIDATION UNDER 28 U.S.C. §1407**

Pursuant to 28 U.S.C. §1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on MultiDistrict Litigation, Movants, Rafael Barrios ("Barrios") and his wife Connie Barrios ("Ms. Barrios"), plaintiffs in the action-captioned *Barrios v. AbbVie Inc.*, 14-0839 (E.D.La.), respectfully move the Judicial Panel on Multidistrict Litigation for an Order for transfer and coordination and consolidation of all related actions (listed in the accompanying Schedule of Related Actions)(the "Related Actions") to the United States District Court for the Eastern District of Louisiana. Each of the Plaintiffs in the Related Actions ingested a form of testosterone replacement therapy that is alleged to have caused serious medical problems, including life threatening cardiac events, strokes, and thrombolytic events. Already pending in this MDL 2545 are 41 actions all involving the drug Androgel. In addition , there are numerous other actions involving testosterone drugs other than Androgel, all of which involve common issues of facts and are related to the claims set forth in the Androgel actions.

As set forth in the caption, the proposed name of this MDL indicates that the JPML Panel has already established an MDL docket number for Androgel. However, Movant requests that the MDL should include a number of Related Actions involving testosterone replacement therapies. Movants' lawsuit involves Androgel and Testim. Testosterone replacement therapy drugs are manufactured by several different manufacturing defendants. For instance, Androgel is

1

manufactured by Abbott Laboratories, Inc. and AbbVie Inc., whereas Testim is manufactured by Auxilium Pharmaceuticals, Inc.

1. To date, there are fifty (50) actions filed against testosterone replacement therapies that are in federal courts.

2. To date, there are nine (9) actions filed that involve drugs in addition to Androgel.

3. The Related Actions involve one or more common questions of fact as required by 28 U.S.C. § 1407. Common questions of fact are, *inter alia,*:

   a. Whether Defendants' testosterone replacement therapies are defective;

   b. Whether Defendants conducted or completed adequate testing of their products including but not limited to testing a possible safer alternative designs;

   c. Whether the labeling of Defendants' testosterone replacement therapies was inadequate;

   d. Whether Defendants are strictly liable to the Plaintiffs;

   e. Whether Defendants had knowledge regarding the existence of a defect in their testosterone replacement therapies;

   f. Whether Defendants breached any warranty, express or implied, related to their testosterone replacement therapies;

   g. Whether Defendants' claims as to the safety and efficacy of their testosterone replacement therapies were accurate and proper; and,

   h. Whether Plaintiffs are entitled to compensatory and exemplary damages.

4. Discovery conducted in each of these Related Actions by the Plaintiffs will be substantially similar (as to each specific Defendant) and will involve the same documents and witnesses, because each of the Related Actions arises from the same or similar nucleus of operative facts (as to each specific Defendant) and accordingly each Plaintiff in the Related Actions will seek substantially the same documents from Defendants, depositions of substantially the same witnesses, and engage in third-party discovery that will be essentially the same for each of the Related Actions. Further, as new cases are filed in or removed to a federal court, these other cases will also seek substantially the same discovery from Defendants and third-parties.

5. As a consequence, transfer of the Related Actions for coordination or consolidation will prevent duplication of discovery, eliminate the possibility of conflicting pretrial rulings, and conserve judicial resources.

6. On April 11, 2014, Movant filed with this Court a Motion for Transfer and Coordination or Consolidations Under 28 U.S.C. §1407.[i] Movant adopt and incorporates herein as if copied *in extensor* the entire filing made in Case Pending #42.

7. The United States District Court for the Eastern District of Louisiana is the most appropriate forum for coordination or consolidation of the Related Actions for the following reasons:

   a. The Eastern District of Louisiana is well-suited to manage this litigation because it has the experience, resources, and personnel necessary for the management of a multidistrict litigation proceeding.

    b. The Eastern District of Louisiana is easily accessible from anywhere in North America.

Accordingly, the Moving Plaintiffs respectfully request that the Judicial Panel on Multidistrict Litigation issue an Order transferring the other Related Actions to the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings.

                              Respectfully submitted,

Dated: April 14, 2014

                              /s/ Leonard A. Davis
                              _____
                              Russ M. Herman, Esquire (LA Bar No. 6819)
                              rherman@hhklawfirm.com
                              Maury A. Herman, Esquire (LA Bar No. 6815)
                              mherman@hhklawfirm.com
                              Leonard A. Davis, Esquire (LA Bar No. 14190)
                              ldavis@hhklawfirm.com
                              Stephen J. Herman, Esquire (LA Bar No. 23129)
                              sherman@hhklawfirm.com
                              Aaron Z. Ahlquist, Esquire (LA Bar No. 29063)
                              aahlquist@hhklawfirm.com
                              HERMAN, HERMAN & KATZ, LLC
                              820 O'Keefe Avenue
                              New Orleans, Louisiana 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024

---

[i] The Clerk of the JPML Court has requested that the Motion filed under Case Pending #42 be withdrawn. However, Movant does not withdraw the motion for purposes of this filing in MDL 2545.