# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2545 & TITLE - IN RE: Androgel Product Liability Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[✓] Support Centralization in  Pennsylvania - Eastern District

[ ] Oppose Centralization

[ ] Other  _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

See attached list.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

See attached list.

Name and Address of Attorney Designated to Present Oral Argument:

| Arnold Levin | Levin, Fishbein, Sedra | Philadelphia | PA |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 215-592-1500    Email Address: alevin@lfsblaw.com

| April 16, 2014 | Arnold Levin | _(signature)_ |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)

*In Re: Androgel Product Liability Litigation*
**MDL: 2545**

PARTIES REPRESENTED

Plaintiffs, Joseph Albright and Susan Albright
Plaintiffs, Mark S. Harris and Elaine Harris
Plaintiff, Ronald W. Husted, Sr.
Plaintiffs, Walther McGill and Donna McGill

SHORT CASE CAPTIONS:

*Albright v. AbbVie Inc., et al.*, 14-2112 (E.D.Pa.)
*Harris v. Abbvie Inc., et al.*, 14-2113 (E.D.Pa.)
*Husted, Sr. v. Abbvie Inc., et al.*, 14-2111 (E.D.Pa.)
*McGill v. Actavis, Inc., et al.*, 14-2177 (E.D.Pa.)

BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ANDROGEL PRODUCT LIABILITY LITIGATION § § § § § | MDL DOCKET NO. 2545 |

## PROOF OF SERVICE

I hereby certify that on April 16, 2014, a copy of the *Notice of Presentation or Waiver of Oral Argument* was electronically transmitted to the Judicial Panel on Multidistrict Litigation via the CM/ECF system and was served by First-Class Mail, and Electronic Mail upon the foregoing counsel:

| ATTORNEY | PARTY / CASE |
|---|---|
| James F. Hurst<br>Nicole E. Wrigley<br>Scott P. Glauberman<br>Bryna Joyce Roth Dahlin<br>Joseph Laurence Motto<br>Scott M. Ahmad<br>Thomas James Frederick<br>**Winston & Strawn, LLP**<br>35 W. Wacker Dr.<br>Chicago, IL 60601-9703<br>jhurst@winston.com<br>nwrigley@winston.com<br>sglauber@winston.com<br>bdahlin@winston.com<br>jmotto@winston.com<br>sahmad@winston.com<br>Tfrederick@winston.com | Defendants:<br>AbbVie Inc. and Abbott Laboratories, Inc.<br><br>*Aurecchia v. AbbVie Inc., et al.*, N.D.Il. No. 14-772<br>*Marino v. AbbVie Inc., et al.*, N.D.Il., No. 14-777<br>*Myers v. AbbVie Inc., et al.*, N.D.Il., No. 14-780<br>*Johnson v. AbbVie Inc., et al.*, N.D.Il., No. 14-877<br>*Kelly, Sr. v. AbbVie Inc., et al.*, N.D.Il., No. 14-879<br>*Lau v. AbbVie Inc., et al.*, N.D.Il., No. 14-1298<br>*Cripe v. AbbVie Inc., et al.*, N.D.Il., No. 14-843<br>*Gibby v. AbbVie Inc., et al.*, N.D.Il., No. 14-917<br>*Hardee v. AbbVie Inc., et al.*, N.D.Il., No. 14-918<br>*Bartholic v. AbbVie Inc., et al.*, N.D.Il., No. 14-1427<br>*O'Donnell v. AbbVie Inc., et al.*, N.D.Il. No. 14-1428<br>*Blades v. AbbVie Inc., et al.*, N.D.Il., |

| | |
|---|---|
| | No. 14-1471 |
| | *Carpenter v. AbbVie Inc., et al.*, N.D.Il., No. 14-1472 |
| | *Humphries v. AbbVie Inc., et al.*, N.D.Il., No. 14-1473 |
| | *Dobbs v. AbbVie Inc., et al.*, N.D.Il., No. 14-1474 |
| | *Headley v. AbbVie Inc., et al.*, N.D.Il., No. 14-1475 |
| | *Hughes v. AbbVie Inc., et al.*, N.D.Il., No. 14-1476 |
| | *Jackson v. AbbVie Inc., et al.*, N.D.Il., No. 14-1477 |
| | *Gordon v. AbbVie Inc., et al.*, N.D.Il., No. 14-1478 |
| | *Jones v. AbbVie Inc., et al.*, N.D.Il., No. 14-1479 |
| | *King v. AbbVie Inc., et al.*, N.D.Il., No. 14-1480 |
| | *Lewis v. AbbVie Inc., et al.*, N.D.Il., No. 14-1481 |
| | *Saylor v. AbbVie Inc., et al.*, N.D.Il., No. 14-1482 |
| | *Cataudella v. AbbVie Inc., et al.*, N.D.Il., No.14-1483 |
| | *Bailey v. AbbVie Inc., et al.*, N.D.Il., No. 14-1663 |
| | *Gordon v. AbbVie Inc., et al.*, N.D.Il., No. 14-1665 |
| | *White v. AbbVie Inc., et al.*, N.D.Il., No. 14-1667 |
| | *Montgomery v. AbbVie Inc., et al.*, N.D.Il., No. 14-1668 |
| | *Ortiz v. AbbVie Inc., et al.*, N.D.Il., No. 14-1670 |
| | *DeLeon v. AbbVie Inc., et al.*, N.D.Il., No. 14-167 |
| | *Delu v. AbbVie Inc., et al.*, N.D.Il., No. 14-1726 |
| | *LaRoche v. AbbVie Inc., et al.*, N.D.Il., No. 14-1826 |
| | *George V. AbbVie Inc., et al.*, N.D.Il., No. 14-2085 |
| | *Darby v. AbbVie Inc., et al.*, N.D.Il., No. 14-2227 |
| | *Emmons v. AbbVie Inc., et al.*, N.D.Il., |

| | |
|---|---|
| | No. 14-2221<br>*Covey v. AbbVie Inc., et al.*, N.D.Il., No. 14-2405<br>*Parker v. AbbVie Inc., et al.*, N.D.Il., No. 14-2394<br>*Deforest v. AbbVie Inc., et al.*, N.D.Il., No. 14-2405<br>*Lueck v. AbbVie Inc., et al.*, N.D.Il., No. 14-2140<br>*Schenkein v. AbbVie Inc., et al.*, D.Co., No. 14-910<br>*Tejeda v. AbbVie Inc., et al.*, E.D.Pa., No. 14-946<br>*LoCoco v. AbbVie Inc., et al.*, E.D.La., No. 14-774<br>*Albright v. AbbVie, Inc, et al*, E.D.La., No. 14-2112<br>*Harris v. Abbvie, Inc., et al*, E.D. Pa., No. 14-2113<br>*Husted v. Abbvie, Inc., et al*, E.D. Pa., No. 14-2111<br>*Komrada v. AbbVie Inc., et al.*, N.D.Il., No. 14-2429<br>*Mecikalski v. AbbVie Inc., et al.*, N.D.Il., No. 2441<br>*Reid v. AbbVie Inc., et al.*, N.D.Il., No. 14-2443 |
| David E. Stanley<br>**Reed Smith LLP**<br>355. S Grand Avenue, Ste. 2900<br>Los Angeles, CA 90071<br>Dstanley@reedsmith.com<br><br>Timothy Robert Carraher<br>**Reed Smith LLP**<br>10 S. Wacker Dr., 40th Floor<br>Chicago, IL 60606<br>tcarraher@reedsmith.com | Defendants:<br>Eli Lilly and Company, Lilly USA LLC<br><br>*Lau v. Abbvie Inc., et al.*, N.D.Il., No. 14-1298 |
| Auxilium Pharmaceuticals<br>640 Lee Road<br>Chesterbrook, PA  19087 | Unrepresented Party:<br>*Peuler v. Auxilium Pharmaceuticals*, E.D.La., No. 14-658<br>*Barrios v. AbbVie, Inc., et al*, E.D. La, No. 14-839 |

3

| | |
|---|---|
| Andrew Keith Solow<br>**Kaye Scholer LLP**<br>425 Park Ave.<br>New York, NY 10022<br>asolow@kayescholer.com<br><br>Jeffrey Mark Wagner<br>**Kaye Scholer LLP**<br>3 First National Plaza<br>70 West Madison<br>Chicago, IL 60602<br>Jeffrey.wagner@kayescholer.com<br><br>Pamela Joan Yates<br>**Kaye Scholer LLP**<br>1999 Avenue of the Stars, Ste 1700<br>Los Angeles, CA 90067<br>pyates@kayescholer.com | <u>Defendant:</u><br>Endo Pharmaceuticals<br><br>*Cataudella v. AbbVie Inc., et al.,*<br>N.D.Il., No.14-1483 |
| Diane Nast<br>**NastLaw LLC**<br>1101 Market St., Suite 2801<br>Philadelphia, PA 19107<br>Dnast@nastlaw.com | <u>Plaintiff:</u><br>*Tejeda v. AbbVie Inc., et al.,* E.D.Pa.,<br>No. 14-946 |
| Gerald E. Meunier<br>**Gainsburgh, Benjamin, David, Meunier & Warshauer**<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>gmeunier@gainsben.com | <u>Plaintiff:</u><br>*LoCoco v. AbbVie Inc., et al.,* E.D.La.,<br>No. 14-774 |
| Ronald E. Johnson, Jr.<br>Sarah Lynch<br>**Schachter Hendy & Johnson**<br>909 Wrights Summit Parkway, Suite 210<br>Fort Wright, KY 41011<br>rjohnson@pschachter.com<br>slynch@pschachter.com | <u>Plaintiffs:</u><br>*Blades v. AbbVie Inc., et al.,* N.D.Il.,<br>No. 14-1471<br>*Carpenter v. AbbVie Inc., et al.,*<br>N.D.Il., No. 14-1472<br>*Humphries v. AbbVie Inc., et al.,*<br>N.D.Il., No. 14-1473 |
| Seth A. Katz<br>**Burg Simpson**<br>40 Iverness Drive East<br>Englewood, CO 80116 | <u>Plaintiffs:</u><br>*Schenkein v. AbbVie Inc., et al.,* D.Co.,<br>No. 14-910 |

| | |
|---|---|
| skatz@burgsimpson.com | |
| Joseph M. Lyon<br>**The Lyon Firm**<br>22 West 9th<br>Cincinnati, OH 45202<br>jlyon@thelyonfirm.com | Plaintiffs:<br>*Cripe v. AbbVie Inc., et al.*, N.D.Il., No. 14-843<br>*Gibby v. AbbVie Inc., et al.*, N.D.Il., No. 14-917<br>*Hardee v. AbbVie Inc., et al.*, N.D.Il., No. 14-918<br>*Dobbs v. AbbVie Inc., et al.*, N.D.Il., No. 14-1474<br>*Headley v. AbbVie Inc., et al.*, N.D.Il., No. 14-1475<br>*Hughes v. AbbVie Inc., et al.*, N.D.Il., No. 14-1476<br>*Jackson v. AbbVie Inc., et al.*, N.D.Il., No. 14-1477<br>*Gordon v. AbbVie Inc., et al.*, N.D.Il., No. 14-1478<br>*Jones v. AbbVie Inc., et al.*, N.D.Il., No. 14-1479<br>*King v. AbbVie Inc., et al.*, N.D.Il., No. 14-1480<br>*Lewis v. AbbVie Inc., et al.*, N.D.Il., No. 14-1481<br>*Saylor v. AbbVie Inc., et al.*, N.D.Il., No. 14-1482 |
| Trent B. Miracle<br>Brendan A. Smith<br>**Simmons Browder Gianaris Angelides & Barnerd**<br>One Court St.<br>Alton, IL 62002<br>tmiracle@simmonsfirm.com<br>bsmith@simmonsfirm.com | Plaintiffs:<br>*Aurecchia v. AbbVie Inc., et al.*, N.D.Il. No. 14-772<br>*Bailey v. AbbVie Inc., et al.*, N.D.Il., No. 14-1663<br>*Bartholic v. AbbVie Inc., et al.*, N.D.Il., No. 14-1427<br>*DeLeon v. AbbVie Inc., et al.*, N.D.Il., No. 14-167<br>*Delu v. AbbVie Inc., et al.*, N.D.Il., No. 14-1726<br>*George V. AbbVie Inc., et al.*, N.D.Il., No. 14-2085<br>*Gordon v. AbbVie Inc., et al.*, N.D.Il., No. 14-1665<br>*Johnson v. AbbVie Inc., et al.*, N.D.Il., No. 14-877<br>*Kelly, Sr. v. AbbVie Inc., et al.*, |

| | |
|---|---|
| | N.D.Il., No.14-879<br>*Lau v. AbbVie Inc., et al.*, N.D.Il., No. 14-1298<br>*Lueck v. AbbVie Inc., et al.*, N.D.Il., No. 14-2140<br>*Marino v. AbbVie Inc., et al.*, N.D.Il., No. 14-777<br>*Myers v. AbbVie Inc., et al.*, N.D.Il., No. 14-780<br>*Montgomery v. AbbVie Inc., et al.*, N.D.Il., No. 14-1668<br>*O'Donnell v. AbbVie Inc., et al.*, N.D.Il. No. 14-1428<br>*Ortiz v. AbbVie Inc., et al.*, N.D.Il., No. 14-1670<br>*White v. AbbVie Inc., et al.*, N.D.Il., No. 14-1667 |
| Benedict P. Morelli<br>David Stuart Ratner<br>David T. Sirotkin<br>**Morelli Alters Ratner LLP**<br>950 Third Ave., 11th Floor<br>New York, NY 10022<br>bmorelli@morellialters.com<br>dratner@morellialters.com<br>dsirotkin@morellialters.com | Co-Counsel for Plaintiffs:<br>*Aurecchia v. AbbVie Inc., et al.*, N.D.Il. No. 14-772<br>*Marino v. AbbVie Inc., et al.*, N.D.Il., No. 14-777<br>*Myers v. AbbVie Inc., et al.*, N.D.Il., No. 14-780 |
| James P. Roy<br>Elwood C. Stevens, Jr.<br>**Domengeaux, Wright, Roy & Edwards**<br>556 Jefferson St., Ste 500<br>Lafayette, LA 70502<br>jimr@wrightroy.com<br>ElwoodS@wrightroy.com | Plaintiff:<br>*Peuler v. Auxilium Pharmaceuticals,* E.D.La., No. 14-658 |
| Drew B. Laframboise<br>James F. Green<br>Stephanie Lynn Gardner<br>**Ashcraft & Gerel, LLP**<br>4900 Seminary Rd., Ste 650 | Plaintiff:<br>*Komrada v. AbbVie Inc., et al.*, N.D.Il., No. 14-2429 |

6

| | |
|---|---|
| Alexandria, VA 22311<br>dlaframboise@ashcraftlaw.com<br>jgreen@ashcraftlaw.com<br>sgardner@ashcraftlaw.com<br>mparf@aol.com | |
| Tor A. Hoerman<br>**TorHoerman Law LLC**<br>101 W. Vandalia St., Ste 350<br>Edwardsville, IL 62025<br>thoerman@torhoermanlaw.com | Plaintiff:<br>*Komrada v. AbbVie Inc., et al.,*<br>N.D.Il., No. 14-2429 |
| Gary D. McCallister<br>**Gary D. McCallister & Associates, LLC**<br>120 N. LaSalle Street, Suite 2800<br>Chicago, IL 60602<br>gdm@gdmlawfirm.com | Plaintiff:<br>*Mecikalski v. AbbVie Inc., et al.,*<br>N.D.Il., No. 2441<br>*Reid v. AbbVie Inc., et al.,*<br>N.D.Il., No. 14-2443 |
| George M. Fleming<br>**Fletcher & Sippel**<br>29 North Wacker, Suite 920<br>Chicago, IL 60606<br>george_fleming@fleming-law.com | Plaintiff:<br>*Mecikalski v. AbbVie Inc., et al.,*<br>N.D.Il., No. 2441<br>*Reid v. AbbVie Inc., et al.,*<br>N.D.Il., No. 14-2443 |
| Maury A. Herman<br>Leonard Davis<br>Aaron Z. Ahlquist<br>**Herman, Herman & Katz, LLC**<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Mherman@hhklawfirm.com<br>ldavis@hhklawfirm.com<br>aahlquist@hhklawfirm.com | Plaintiff:<br>*Barrios v. AbbVie Inc., et al.,* E.D.La.,<br>No. 2:14-cv-00839 |
| Actavis Inc.<br>Legal Department<br>Morris Corporate Center III<br>400 Interpace Parkway<br>Parsippany, NJ 07054 | Unrepresented Party<br>*McGill v. Actavis, Inc., et al.,* E.D.Pa.<br>No. 2:14-cv-02177 |
| Watson Pharmaceuticals, Inc.<br>Legal Department<br>Morris Corporate Center III<br>400 Interpace Parkway<br>Parsippany, NJ 07054 | Unrepresented Party<br>*McGill v. Actavis, Inc., et al.,* E.D.Pa.<br>No. 2:14-cv-02177 |

| | |
|---|---|
| Pfizer, Inc.<br>c/o CT Corporation System<br>111 Eighth Avenue<br>New York, NY  10011 | <u>Unrepresented Party</u><br>*McGill v. Actavis, Inc., et al.*, E.D.Pa.<br>No. 2:14-cv-02177 |
| Pharmacia & Upjohn Company, LLC<br>c/o CT Corporation System<br>111 Eighth Avenue<br>New York, NY  10011 | <u>Unrepresented Party</u><br>*McGill v. Actavis, Inc., et al.*, E.D.Pa.<br>No. 2:14-cv-02177 |

        Respectfully submitted,

        /s/ Arnold Levin
        ARNOLD LEVIN
        FRED S. LONGER
        MATTHEW GAUGHAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Ph: 215 592-1500
        Fax: 215592-4663
        E-mail: ALevin@lfsblaw.com
        E-mail: FLonger@lfsblaw.com
        Email:  MGaughan@lfsblaw.com