# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2545 & TITLE - IN RE: AndroGel Products Liability Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[✓] Support Centralization in Northern District of Illinois

[ ] Oppose Centralization

[ ] Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Please see attached list.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Please see attached list.

Name and Address of Attorney Designated to Present Oral Argument:

| Ronald Johnson, Jr | Schachter, Hendy & Jo | Ft. Wright | Kentucky |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: (859) 578-4444    Email Address: rjohnson@pschachter.com

| 4/14/2014 | Ronald E. Johnson, Jr. | /s/ Ronald E. Johnson, Jr. |
|---|---|---|
| Date | Printed Name | Authorized Signature |

**PARTIES REPRESENTED:**

Plaintiffs:

- William Blades and Catherine Blades
- Gary Carpenter and Nancy Carpenter
- Natale Cataudella
- Robert Cripe
- Thomas Dobbs
- Roger Gibby and Angela Gibby
- Michael Gordon and Laurie Gordon
- Joseph Hardee and Rebecca Hardee
- Thomas Headley
- Christopher Hughes and Judy Hughes
- Buddy Humphries and Kathy Humphries
- William Jackson and Cathy Jackson
- Joseph Jones and Donna Jones
- Mark King and Shannon King
- Calvin Lewis and Patricia Lewis
- Robert Saylor and Cecile Saylor

**SHORT CASE CAPTIONS:**

- *BLADES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1471
- *CARPENTER, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1472
- *CATAUDELLA v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1483
- *CRIPE v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-843
- *DOBBS v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-1474
- *GIBBY, et. al. v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-917
- *GORDON, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1478
- *HARDEE, et al., v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-918
- *HEADLEY v. ABBVIE INC., et. al.,* N.D. Ill., No. 1:14-cv-1475
- *HUGHES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1476
- *HUMPHRIES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1473
- *JACKSON, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1477
- *JONES, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1479
- *KING, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1480
- *LEWIS, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1481
- *SAYLOR, et al., v. ABBVIE INC., et al.,* N.D. Ill., No. 1:14-cv-1482