# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### SECOND AMENDMENT TO THE HEARING SESSION ORDER
### AND ATTACHED SCHEDULE FILED APRIL 14, 2014

IT IS ORDERED that the Hearing Session Order and attached Schedule filed by the United States Judicial Panel on Multidistrict Litigation on April 14, 2014, are amended to include the following additional civil action on Section A of the Schedule for the hearing session on May 29, 2014, in Chicago, Illinois.

**MDL No. 2545 -       IN RE: ANDROGEL PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs William Blades, et al.; Gary Carpenter, et al.; Robert Cripe; Thomas Dobbs; Roger Gibby, et al.; Michael Gordon, et al.; Joseph Hardee, et al.; Thomas Headley; Christopher Hughes, et al.; Buddy Humphries, et al.; William Jackson, et al.; Joseph Jones, et al.; Mark King, et al.; Calvin Lewis, et al.; and Robert Saylor, et al., to transfer the following actions to the United States District Court for the Northern District of Illinois:

Northern District of Illinois

AURECCHIA v. ABBVIE, INC., ET AL., C.A. No. 1:14-00772

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel