BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

_____

IN RE:  ANDROGEL PRODUCTS              MDL DOCKET NO. 2545
LIABILITY LITIGATION

RESPONSE IN SUPPORT OF MOTION FOR TRANSFER
AND COORDINATION OR CONSOLIDATION UNDER 28 U.S.C. § 1407

I.      INTRODUCTION

Plaintiffs, Santo LoCoco, II and his wife, Sharon LoCoco (the "LoCoco Plaintiffs") are currently parties to a lawsuit now pending in the United States District Court for the Eastern District of Louisiana.  *See LoCoco, et al v. AbbVie Inc., et al*, 2:14-cv-00774 (E.D. La).  The Honorable Carl J. Barbier is presiding over this case.  The Plaintiffs allege that Mr. LoCoco suffered personal injuries after ingesting the testosterone replacement therapy drug AngroGel, designed, manufactured, supplied, marketed, promoted and/or sold by Defendants AbbVie Inc. and Abbott Laboratories, Inc.

Plaintiffs are filing the instant response with respect to the recent motion for transfer and coordination or consolidation under 28 U.S.C. § 1407 that was filed by Plaintiffs Rafael Barrios and his wife, Connie Barrios (the "Barrios Plaintiffs").  *See* (D.E. 17 and 17-1).  The Barrios Plaintiffs' case is also pending before the United States District Court for the Eastern District of Louisiana.  The Barrios Plaintiffs' motion to transfer is pending before this Panel under MDL 2545.  *See In Re: Androgel Products Liability Litigation,* MDL 2545.

LoCoco Plaintiffs join this motion insofar as they request transfer and coordination or consolidation pursuant to 28 U.S.C. § 1407.  Consolidation and coordination of these proceedings as an MDL is warranted in light of common questions of fact involved in the numerous related actions.  Such consolidation and coordination will conserve judicial resources,

promote efficient management of litigation, and avoid inconsistent pretrial rulings. They join the Barrios Plaintiffs in arguing that this litigation should involve all testosterone replacement therapy drugs and maintain that this litigation should be transferred and consolidated before the Eastern District of Louisiana.

## II.   ARGUMENT

LoCoco Plaintiffs have reviewed the Barrios Plaintiffs' memorandum of law in support of their motion to transfer and concur with that memorandum of law. Plaintiffs adopt and incorporate that analysis herein by reference. Plaintiffs maintain that consolidation and coordination of these proceedings as an MDL is warranted in light of common questions of fact involved in the numerous Related Actions and that this litigation should be transferred and consolidated before the United States District Court for the Eastern District of Louisiana.

## III.   CONCLUSION

For these reasons, LoCoco Plaintiffs respectfully request that the Panel grant the pending motion for transfer and consolidation under 28 U.S.C. § 1407 and enter an order that the related actions be consolidated and transferred to the United States District Court for the Eastern District of Louisiana.

Dated: April 23, 2014

Respectfully submitted,
**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC**
 /s/Walter C. Morrison, IV
GERALD E. MEUNIER (Bar No. 9471)
WALTER C. MORRISON, IV (Bar No. 34687)
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com
wmorrison@gainsben.com
*Counsel for LoCoco Plaintiffs*