BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ANDROGEL PRODUCT LIABILITY LITIGATION** ) ) ) ) | MDL Docket No. 2545<br><br>**NOTICE OF RELATED ACTION** |

**NOTICE OF RELATED ACTION**

Plaintiff Dale A. Hall, hereby alerts the United States Judicial Panel on Multidistrict Litigation of the pendency of the following related action of the above-captioned matter:

Dale A. Hall v. Actavis, Plc., Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., and Anda, Inc., District of Nevada, Case No. 2:14-cv-00453, a copy of the complaint is attached.

The case involves questions of fact and law common to the other cases currently pending before the Panel in re: AndroGel Product Liability Litigation and given the docket number 2545. Plaintiff appearing on the attached complaint alleges, among other things, that the tortious conduct of the named defendant(s) who was responsible for the manufacture and marketing of the defective prescription drug Androderm resulted in physical, emotional, and economic damages to the Plaintiff.

Accordingly, the above named Plaintiff hereby provides notice to the Panel of the related action in the United State District Courts listed above.

Dated:  __April 23, 2014__         Respectfully Submitted,

  __/s/ Timothy J. Becker_____
Timothy J. Becker (MN #256663)
Johnson Becker, PLLC
South 6th Street, Suite 4530
Minneapolis, MN  55402
Phone:  612-436-1800
Fax:  612-436-1801
Email:  tbecker@johnsonbecker.com

*Counsel for Interested Party Dale A. Hall*