BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

| IN RE: ANDROGEL PRODUCTS LIABILITY LITIGATION | MDL NO. 2545 |
|---|---|

## ERRATA NOTICE OF FILING CORRECTED DOCUMENTS

Comes now, Plaintiff John Emmons, and hereby gives notice of filing an Amended Exhibit A to John Emmons' Interested Party's Consolidated Response In Support of Motion To Transfer Of Actions To The Northern District of Illinois Pursuant to 28 U.S.C. § 1407.

Date:  April 23, 2014                                Respectfully submitted,

                                                     HEARD ROBINS CLOUD LLP

                                                     By: _____
                                                     Bill Robins III
                                                     2000 West Loop South, Suite 2200
                                                     Houston, Texas 77027
                                                     (713) 650-1200 (Telephone)
                                                     (713) 650-1400 (Facsimile)

                                                     *For Plaintiff John Emmons*