# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2545 & TITLE - IN RE: AndroGel Product Liability Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[ ] Support Centralization in _____

[ ] Oppose Centralization

[✓] Other  Supports in part and opposes in part centralization. See attached.

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

See attached list.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

See attached list.

Name and Address of Attorney Designated to Present Oral Argument:

| Timothy J. Becker | Johnson Becker, PLLC | Minneapolis | MN |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 612-436-1800     Email Address: tbecker@johnsonbecker.com

4/25/14     Timothy J. Becker     *[Authorized Signature]*
Date     Printed Name     Authorized Signature

# In Re: AndroGel Product Liability Litigation
# MDL: 2545

Movant supports centralization of all AndroGel cases in Northern District of Illinois as requested by Blades, et al. (Dkt. No. 1). Movant opposes centralization of multi-manufacturer MDL as proposed by Barrios (Dkt. No. 17); Albright (Dkt. No. 25); LoCoco (Dkt. No. 60); and Schenkein (Dkt. No. 61).

## PARTIES REPRESENTED:

Plaintiff, Eddie A. Ortiz
Plaintiff, Mark A. George
Plaintiff, Dale A. Hall

## SHORT CASE CAPTIONS:

*Ortiz v. AbbVie, Inc., et al.*, 14-1670 (N.D. IL)
*George v. AbbVie, Inc., et al.*, 14-2085 (N.D. IL)
*Hall v. Actavis, Inc., et al.*, 14-453 (D. NV)