BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

| IN RE: ANDROGEL PRODUCTS LIABILITY LITIGATION | MDL NO. 2545 |
|---|---|

## MOTION FOR TRANSFER AND COORDINATION
## OR CONSOLIDATION UNDER 28 U.S.C. § 1407

Pursuant to 28 U.S.C. §1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on MultiDistrict Litigation, Plaintiff Ronald Couwenhoven ("Plaintiff Couwenhoven") and additional plaintiffs identified on Exhibit A, pursuant to 28 U.S.C. § 1407 and Rule 6.2(E) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation respectfully move the Judicial Panel on Multidistrict Litigation for an Order for transfer and coordination and consolidation of all related actions (listed in the accompanying Schedule of Related Actions)(the "Related Actions") to the United States District Court for the Central District of California.

As set forth in the caption, the proposed name of this MDL indicates that the JPML Panel has already established an MDL docket number for Androgel. However, Movant requests that the MDL should include a number of Related Actions involving all testosterone replacement therapies.

Accordingly, the Moving Plaintiffs respectfully request that the Judicial Panel on Multidistrict Litigation issue an Order transferring the other Related Actions to the Central District of California, and in the alternative, Northern District of Illinois, for coordinated or consolidated pretrial proceedings.

Respectfully submitted

Dated: April 25, 2014

/s/ Richard Meadow_____
Richard Meadow
**THE LANIER LAW FIRM, PLLC**

126 E. 56th Street, 6th Floor
New York, NY 10022
Telephone: (212) 421-2800
Facsimile: (212) 421-2827
Email: richard.meadow@lanierlawfirm.com