**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: Testosterone Replacement Therapy Products Liability Litigation** | **MDL Docket No. 2545** |

## AMENDED PROOF OF SERVICE

I HEREBY CERTIFY that on June 10, 2014, I served true and correct copies of the foregoing *Notice of Potential Tag-Along Actions* via first-class mail upon the following persons:

| | |
|---|---|
| Tor A. Hoerman<br>TORHOERMAN LAW<br>234 S. Wabash, 7th Floor<br>Chicago, IL 60604<br>thoerman@torhoermanlaw.com | **Counsel for Plaintiffs:**<br>*GENA KOMRADA et al. v. ABBVIE INC., et al.*, No. 1:14-cv-02429 (N.D. Ill.); *In Re ABBVIE INC., et al.*, No. 1:14-cv-01748 (N.D. Ill.); *LIANGOS v. ABBVIE et al.*, No. 1:14-cv-03106 (N.D. Ill.); *HENNING v. ABBVIE INC., et al.*, No. 1:14-cv-03384 (N.D. Ill.); *OGG et al. v. ABBVIE INC. et al.*, No. 1:14-cv-03845 (N.D. Ill.); *HALE v. ABBVIE INC. et al.*, No. 1:14-cv-03897 (N.D. Ill.); *ROY v. ABBVIE INC. et al.*, No. 1:14-cv-04038 (N.D. Ill.) |
| Daniel Stewart Robinson<br>Mark P. Robinson<br>Wesley K. Polischuk<br>ROBINSON CALCAGNIE & ROBINSON SHAPIRO DAVIS, INC.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>drobinson@rcrsd.com | **Counsel for Plaintiffs:**<br>*FRICKIE v. ABBVIE INC., et al.*, No. 2:14-cv-00974 (E.D. La.); *In Re ABBVIE INC., et al.*, No. 1:14-cv-01748 (N.D. Ill.); *LIEN v. ABBVIE INC., et al.*, No. 3:14-cv-02264 (N.D. Cal.); *HOBBS v. ABBVIE INC. et al.*, No. 1:14-cv-03860 (N.D. Ill.) |
| Michael S. Kruse<br>ONDER SHELTON O'LEARY & PETERSON<br>110 E. Lockwood, Suite 200<br>St. Louis, MO 63119<br>kruse@onderlaw.com | **Counsel for Plaintiffs:**<br>*In Re ABBVIE INC., et al.*, No. 1:14-cv-01748 (N.D. Ill.); *MCKINLEY et al. v. ABBVIE INC., et al.*, No. 1:14-cv-03404 (N.D. Ill.); *PENDERGRAST et al. v. ABBVIE INC. et al.*, No. 1:14-cv-03994 (N.D. Ill.) |

| | |
|---|---|
| Rick David Bailey<br>BURG SIMPSON ELDREDGE HERSH JARDINE PC<br>40 Inverness Drive East<br>Englewood, CO 80112<br>rbailey@burgsimpson.com | **Counsel for Plaintiffs:**<br>*In Re ABBVIE INC., et al.*, No. 1:14-cv-01748 (N.D. Ill.); *FULKERSON v. ABBVIE INC., et al.*, No. 1:14-cv-03715 (N.D. Ill.); *JESSUP v. ABBVIE INC., et al.*, No. 1:14-cv-03773 (N.D. Ill.); *LUEBKE v. ABBVIE INC. et al.*, No. 1:14-cv-04031 (N.D. Ill.) |
| Myron M. Cherry<br>MYRON M. CHERRY & ASSOCIATES<br>30 North LaSalle Street<br>Suite 2300<br>Chicago, IL 60602<br>mcherry@cherry-law.com | **Counsel for Plaintiffs:**<br>*In Re ABBVIE INC., et al.*, No. 1:14-cv-01748 (N.D. Ill.); *JOHN EMMONS v. ABBVIE INC., et. al.*, No. 1:14-cv-02221 (N.D. Ill.); *LORAN PARKER v. ABBVIE INC., et. al.*, No. 1:14-cv-02394 (N.D. Ill.); *TOLBERT v. ABBVIE INC. et al.*, No. 1:14-cv-03906 (N.D. Ill.); *ROBERTS v. ABBVIE INC. et al.*, No. 1:14-cv-03910 (N.D. Ill.); *LYON v. ABBVIE INC. et al.*, No. 1:14-cv-04046 (N.D. Ill.) |
| Gregory S. Spizer<br>ANAPOL SCHWARTZ<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>gspizer@anapolschwartz.com | **Counsel for Plaintiffs:**<br>*LUECK v. ABBVIE INC., et al.*, No. 1:14-cv-2140 (N.D. Ill.); *In Re ABBVIE INC., et al.*, No. 1:14-cv-01748 (N.D. Ill.); *EBNER et al. v. ABBVIE INC. et al.*, No. 1:14-cv-03650 (D.N.J.) |

I HEREBY CERTIFY that on June 10, 2014, I served true and correct copies of the foregoing *Notice of Potential Tag-Along Actions* by email through the CM/ECF filing system on June 10, 2014 to the following:

| | |
|---|---|
| Trent B. Miracle<br>Brendan A. Smith<br>SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD, LLC<br>One Court Street<br>Alton, Illinois 62002<br>tmiracle@simmonscooper.com<br>bsmith@simmonsfirm.com | **Counsel for Plaintiffs:**<br>*MICHAEL BAILEY v. ABBVIE INC., et al.*, No. 1:14-cv-1663 (N.D. Ill.); *ROBERT BARTHOLIC v. ABBVIE INC., et al.*, No. 1:14-cv-1427 (N.D. Ill.); *MARCO DeLEON v. ABBVIE INC., et al.*, No. 1:14-cv-1673 (N.D. Ill.); *KIMBERLY DULA v. ABBVIE INC., et al.*, No. 1:14-cv-1726 (N.D. Ill.); *MARK GEORGE v. ABBVIE INC., et al.*, No. 1:14-cv-2085 (N.D. Ill.); *JAMES GORDON v. ABBVIE INC., et al.*, No. 1:14-cv-1665 (N.D. Ill.); *DON JOHNSON v. ABBVIE INC., et. al.*, No. 1:14-cv-877 (N.D. Ill.); *RICHARD KELLY v. ABBVIE INC., et. al.*, No. 1:14-cv-879 (N.D. Ill.); *FRANK LAU v. ABBVIE INC., et al.*, No. 1:14-cv-1298 (N.D. Ill.); *LORI LUECK v. ABBVIE INC., et al.*, No. 1:14-cv-2140 (N.D. Ill.); *STEVE MARINO v. ABBVIE INC., et al.*, No. 1:14-cv-777 (N.D. Ill.); *KENNETH MONTGOMERY v. ABBVIE INC., et al.*, No. 1:14-cv-1668 (N.D. Ill.); *STEVEN MYERS v. ABBVIE INC., et. al.*, No. 1:14-cv-780 (N.D. Ill.); *KENNETH O'DONNELL v. ABBVIE INC., et al.*, No. 1:14-cv-1428 (N.D. Ill.); *EDDIE ORTIZ v. ABBVIE INC., et al.*, No. 1:14-cv-1670 (N.D. Ill.); *GARY WHITE v. ABBVIE INC., et al.*, No. 1:14-cv-1667 (N.D. Ill.); *In Re ABBVIE INC., et al.*, No. 1:14-cv-01748 (N.D. Ill.); *CHARLES LANE v. ABBVIE INC., et al.*, No. 1:14-cv-2611 (N.D. Ill.); *DUSTIN KANADY v. ABBVIE INC., et al.*, No. 1:14-cv-2612 (N.D. Ill.); *CRAIG COLE et al., v. ABBVIE INC., et al.*, No. 1:14-cv-2613 (N.D. Ill.); *RONALD UDOVICH v. ABBVIE INC., et al.*, No. 1:14-cv-2629 (N.D. Ill.); *NATHEAN POINTER et al., v. ABBVIE INC., et al.*, No. 1:14-cv-2633 (N.D. Ill.); *JIMMY DAVIS v. ABBVIE INC., et al.* No. 1:14-cv-02774 (N.D. Ill.); *MICKEY SCHWALM v. ABBVIE INC., et al.* No. 1:14-cv-02899 (N.D. Ill.); *CHESSER et al., v. ABBVIE INC., et al.*, No. 1:14-cv-03798 (N.D. Ill.); *HOBBS v. ABBVIE INC. et al.*, No. 1:14-cv-03860 (N.D. Ill.); *LITTLEPAGE et al. v. ABBVIE INC. et al.*, No. 1:14-cv-04019 (N.D. Ill.) |

Respectfully submitted,

/s/ Scott P. Glauberman
Scott P. Glauberman